**Chima IHEKE, Plaintiff–Appellant,**

v.

**Anthony HAYNES, Warden, FCI–
Forrest City, Defendant–
Appellee.**

No. 14–2223.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 2, 2014.

Filed: Dec. 4, 2014.

Chima Iheke, Forrest City, AR, pro se.

Richard M. Pence, Jr., U.S. Attorney's
Office, Little Rock, AR, for Defendant–
Appellee.

Before WOLLMAN, BYE, and
MELLOY, Circuit Judges.

PER CURIAM.

Federal inmate Chima Iheke appeals the
district court's[1] dismissal of his 28 U.S.C.
§ 2241 petition for lack of jurisdiction.
Following careful review of the record and
the parties' briefs, we conclude that the
court did not err in dismissing the petition
because 28 U.S.C. § 2255 relief is neither
inadequate nor ineffective to test the legal-
ity of Iheke's detention. *See* 28 U.S.C.
§ 2255(e); *Hill v. Morrison,* 349 F.3d

1089, 1091 (8th Cir.2003) (de novo review).
The judgment is affirmed. *See* 8th Cir. R.
47B.

---

1. The Honorable Beth Deere, United States
Magistrate Judge for the Eastern District of
Arkansas, to whom the case was referred for
final disposition by consent of the parties pur-
suant to 28 U.S.C. § 636(c).